THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON T. HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20-CV-900-WHA-SRW |
| | ) | [WO] |
| BETH BLOOM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 5, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 3) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Southern District of Florida pursuant to the provisions of 28 U.S.C. § 1404.

DONE on this 26th day of January, 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE